THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN K. HOUK, Appellant. [642 NYS2d 832] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Promoting Prison Contraband, 1st Degree.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD HODGE, Appellant. [642 NYS2d 832] —Judgment unanimously affirmed. Memorandum: Supreme Court did not abuse its discretion in denying, without a hearing, the motion of defendant to withdraw his guilty plea prior to sentencing (*see,* CPL 220.60 [3]; *People v Tinsley*, 35 NY2d 926, 927; *People v Boothman*, 217 AD2d 1007). The contention that trial counsel failed to advise defendant that his sentence would run concurrently with a sentence he was serving on a prior conviction is based upon matters outside the record. Therefore, defendant is relegated to a motion for postjudgment relief (*see,* CPL 440.10; *People v Larrabee*, 201 AD2d 924, *lv denied* 83 NY2d 855; *see also, People v Ramos*, 63 NY2d 640). Finally, from our review of the record, we conclude that defendant voluntarily, knowingly and intelligently waived his right to appeal (*see, People v Moissett*, 76 NY2d 909; *People v Underwood*, 210 AD2d 994). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Criminal Possession Forged Instrument, 2nd Degree.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.